# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| CAROL ALLMAN } | CASE NO. 18-83600-CRJ-13 |
| SSN: XXX-XX-7581 } | |
| } | CHAPTER 13 |
| } | |
| Debtor(s). } | |

## ORDER SCHEDULING TELEPHONIC HEARING ON
## MOTION TO EXTEND STAY

On December 4, 2018, the Debtor filed the above-captioned Chapter 13 Petition. On December 18, 2018, the Debtor filed a Motion to Extend the Automatic Stay which was scheduled for hearing on January 7, 2019 on the next available regularly scheduled court docket. Pursuant to 11 U.S.C. § 362(c)(3), the stay will terminate on January 3, 2019 unless the hearing on the Motion to Extend Stay is completed prior to the expiration of the 30-day period.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a Telephonic Hearing on the Motion to Extend Stay will be held on **Thursday, January 3, 2019** at **11:00 a.m., CDT** before the Honorable Clifton R. Jessup, Jr.

The parties shall appear telephonically by dialing into **1-877-336-1280**, access code **#2749965**, and security code **#1234** at least five minutes prior to the hearing.

Dated this the 2nd day of January 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge